UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MICHAEL SETA,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STIPULATION AND ORDER
REGARDING ATTORNEY FEES

Civil Action No. 1:21-cv-01249

(Kovner, J.)

      The parties, through their attorneys, hereby stipulate and agree that: (1) plaintiff is awarded $1,989.39 in attorney fees and expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and (2) $402.00 in court costs, which shall be paid from the Judgment Fund pursuant to 28 U.S.C. § 1920.  It is further agreed that payment of fees will be made directly to plaintiff's attorney if plaintiff has agreed to assign his rights to EAJA fees to his attorney, and provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: January 20, 2022

*/s/ CHRISTOPHER JAMES BOWES, ESQ.*
CHRISTOPHER JAMES BOWES, ESQ.
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575

Dated: January 20, 2022

BREON PEACE
United States Attorney
Eastern District of New York
Attorney for Defendant
271 Cadman Plaza East, 7th floor
Brooklyn, New York  11201

By:   /s/  *Anne M. Zeigler*
       Anne M. Zeigler
       Special Assistant U.S. Attorney
       anne.zeigler@ssa.gov

SO ORDERED:

    */s/ Rachel P. Kovner*
HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE